Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*Allied World Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE SIRIANNI, | Case No: 2:20-cv-00118-KJD-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| ALLIED WORLD INSURANCE COMPANY, DEMETRIOS A. DALACAS, ESQ., individually, DEMETRIOS A. DALACAS, ESQ., P.C., a Nevada professional corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive, | **(First Request)** |
| Defendants. | |

Defendant ALLIED WORLD INSURANCE COMPANY ("Allied World") and Plaintiff Joyce Sirianni, by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Allied World to file a responsive pleading to Plaintiff's Complaint by fourteen (14) days, from January 23, 2020 to **February 6, 2020**.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as counsel for Allied World has only recently been retained in this matter is in the process of obtaining and reviewing the relevant file materials and information necessary to respond to the allegations set forth in the Complaint. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

/ / /

/ / /

/ / /

1564530v.1

| | |
|---|---|
| 1 | This is the parties' first request for extension of the deadline. |
| 2 | DATED this 22nd day of January, 2020. |

                    **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

                    */s/ Chad C. Butterfield*
                    CHAD C. BUTTERFIELD
                    Nevada Bar No. 10532
                    300 South Fourth Street, 11th Floor
                    Las Vegas, NV 89101
                    *Attorneys for Defendant Allied World
Insurance Company*

DATED this 22nd day of January, 2020.

                    **PRINCE LAW GROUP**

                    */s/ Kevin Strong*
                    DENNIS M. PRINCE
                    Nevada Bar No. 5092
                    KEVIN T. STRONG
                    Nevada Bar No. 12107
                    JONATHAN A. RICH
                    Nevada Bar No. 15312
                    10801 West Charleston Blvd.
                    Las Vegas, NV 89135
                    *Attorney for Plaintiff Joyce Sirianni*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 23rd day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

-2-

1564530v.1