Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*Allied World Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE SIRIANNI,<br><br>        Plaintiff,<br><br>v.<br><br>ALLIED WORLD INSURANCE COMPANY, DEMETRIOS A. DALACAS, ESQ., individually, DEMETRIOS A. DALACAS, ESQ., P.C., a Nevada professional corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive,<br><br>        Defendants. | Case No: 2:20-cv-00118-KJD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>**(First Request)** |

      Defendant ALLIED WORLD INSURANCE COMPANY ("Allied World") and Plaintiff JOYCE SIRIANNI, by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Allied World to file an opposition to Plaintiff's Motion to Remand filed on February 14, 2020 (ECF No. 9) by fourteen (14) days, from February 28, 2020 to **March 13, 2020**.

      This stipulation is submitted in compliance with LR IA 6-1. Counsel for Allied World respectfully requests this extension due to firm-wide network issues resulting from a cyber security incident that has impacted counsel's ability to access firm e-mail and files.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1564530v.1

The parties agree that the requested extension is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the first stipulation for extension of time to file an opposition

DATED this 26th day of February, 2020.

        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

        */s/ Chad C. Butterfield*
        CHAD C. BUTTERFIELD
        Nevada Bar No. 10532
        300 South Fourth Street, 11th Floor
        Las Vegas, NV 89101
        *Attorneys for Defendant Allied World Insurance Company*

DATED this 26th day of February, 2020.

        **PRINCE LAW GROUP**

        */s/ Kevin T. Strong*
        DENNIS M. PRINCE
        Nevada Bar No. 5092
        KEVIN T. STRONG
        Nevada Bar No. 12107
        JONATHAN A. RICH
        Nevada Bar No. 15312
        10801 West Charleston Blvd.
        Las Vegas, NV 89135
        *Attorney for Plaintiff Joyce Sirianni*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this \_\_9th\_\_ day of \_\_MARCH_____, 2020.

        _____
        UNITED STATES DISTRICT JUDGE

1564530v.1