Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*Allied World Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE SIRIANNI,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED WORLD INSURANCE COMPANY, DEMETRIOS A. DALACAS, ESQ., individually, DEMETRIOS A. DALACAS, ESQ., P.C., a Nevada professional corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive,<br><br>Defendants. | Case No: 2:20-cv-00118-KJD-EJY<br><br>**ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>**(Second Request)** |

Defendant ALLIED WORLD INSURANCE COMPANY ("Allied World") and Plaintiff Joyce Sirianni, by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Allied World to file an opposition to Plaintiff's Motion to Remand filed on February 14, 2020 (ECF No. 9) by seven (7) days, from March 13, 2020 to **March 20, 2020**.

This stipulation is submitted in compliance with LR IA 6-1. Counsel for Allied World respectfully requests this extension to provide sufficient time to allow Allied World with an opportunity to work with its counsel in revising and finalizing the opposition brief for filing.

///

///

///

///

///

///

1564530v.1

The parties agree that the requested extension is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the second stipulation for extension of time to file an opposition

DATED this 13th day of March, 2020.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
CHAD C. BUTTERFIELD
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant Allied World Insurance Company*

DATED this 13th day of March, 2020.

**PRINCE LAW GROUP**

*/s/ Kevin T. Strong*
DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
JONATHAN A. RICH
Nevada Bar No. 15312
10801 West Charleston Blvd.
Las Vegas, NV 89135
*Attorney for Plaintiff Joyce Sirianni*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 18th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE