| | |
|---|---|
| 1 | DENNIS M. PRINCE |
| | Nevada Bar No. 5092 |
| 2 | KEVIN T. STRONG |
| | Nevada Bar No. 12107 |
| 3 | **PRINCE LAW GROUP** |
| | 10801 West Charleston Boulevard |
| 4 | Suite 560 |
| | Las Vegas, NV 89135 |
| 5 | P: (702) 534-7600 |
| | F: (702) 534-7601 |
| 6 | Email: eservice@thedplg.com |
| | Attorneys for Plaintiff |
| 7 | *Joyce Sirianni* |

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE SIRIANNI, | CASE NO.: 2:20-cv-00118-KJD-EJY |
| Plaintiff, | **STIPULATION AND [PROPOSED ORDER] FOR EXTENSION OF TIME TO FILE RESPONE TO OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |
| vs. | |
| ALLIED WORLD INSURANCE COMPANY, a New York company; DEMETRIOS A. DALACAS, ESQ., individually; DEMETRIOS A. DALACAS, ESQ., P.C., a Nevada professional corporation; DOES I-X and ROE CORPORATIONS I-X, inclusive, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/Counterdefendant JOYCE SIRIANNI, through her counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendant/Counterclaimant ALLIED WORLD INSURANCE COMPANY, through its counsel of record, Chad C. Butterfield of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, that the deadline for Plaintiff to file her Response to Defendant ALLIED WORLD INSURANCE COMPANY's Opposition to Plaintiff's Motion to



Remand (ECF No. 17) shall be extended by seven (7) days, from March 27, 2020 to April 3, 2020. The Motion was filed on February 14, 2020. This proposed Stipulation and Order is submitted in accordance with LR IA 6-1

Plaintiff respectfully requests this brief extension of time to file her response. The ongoing concerns related to the COVID-19 pandemic and restrictions imposed on social gathering have impacted the operations of the undersigned counsel's office. Specifically, there were some unforeseen delays that resulted while Plaintiff's counsel secured remote access for staff members to simultaneously work from home. Accordingly, the parties respectfully request this Court to approve the foregoing stipulation as their requested extension is not made in bad faith or to unnecessarily delay these proceedings.

DATED this 27th day of March, 2020.  DATED this 27th day of March, 2020

**PRINCE LAW GROUP**  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Dennis M. Prince*  */s/ Chad C. Butterfield*
DENNIS M. PRINCE  CHAD C. BUTTERFIELD
Nevada Bar No. 5092  Nevada Bar No. 10532
KEVIN T. STRONG  300 South Fourth Street, 11th Floor
Nevada Bar No. 12107  Las Vegas, Nevada 89101
10801 W. Charleston Boulevard  Attorneys for Defendant
Suite 560  *Allied World Insurance Company*
Las Vegas, Nevada 89135
Attorneys for Plaintiff
*Joyce Sirianni*

## ORDER

**IT IS SO ORDERED.**

DATED this 2nd day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

2

